# COMPLAINT

(for filers who are prisoners without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 SEP 27 A 9 32

STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Irie T. Payne Jr.

v.

(Full name of defendant(s))

Sheriff Lucas

Milwaukee County Jail

M.C.J Staff unit 4d

Case Number:

**19-C-1415**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _____Wisconsin_____, and is located at
   (State)

   949 n. 9th st. Milwaukee Wi 53233
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____Sheriff Lucas_____
   (Name)

   is (if a person or private corporation) a citizen of _____Wisconsin_____

Complaint – 1

and (if a person) resides at _____ 949 n. 9th st. _____
(State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___ Milwaukee County Jail _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Milwaukee County Jail M.C.J Staff violated my rights, refusing to let me out of my cell for 1 hour, after being locked in for 24 hours in unit 4d cell #33. This started on 09.07.19 from 3pm - 6pm, to 09.08.19 = 24 hours, to 09.09.19 = 48 hours, to 09.10.19 = 72 hours, to 09.11.19 = is when I was released from unit 4d cell #33. While in unit 4d I got 5 to 10 minutes with my lawyer but I was immediately escorted back to my cell #33. Milwaukee County Jail M.C.J staff working in unit 4d between the time period of 3pm-6pm on 09.07.19 until my release

Complaint – 2

Case 2:19-cv-01415-LA   Filed 09/27/19   Page 2 of 6   Document 1

On 09.11.19, Milwaukee County Jail M.C.J staff refused me 1 hour of time after 24 hours, neither after 48 hours, neither after 72 hours. Choosing only to feed me, give me tissue and see my lawyer. which was only for 5 to 10 minutes, then back to my cell. This happened between the time period of 3pm - 6pm, which is when I was taken to unit 4d cell # 33. On 09.07.19 being released from unit 4d cell #33 on 09.11.19. The refusal to let me out of my cell after 24 hours, 48 hours and then 72 hours for 1 hour happened at unit 4d cell #33. Why did Milwaukee County Jail M.C.J staff do? I do not know.

Complaint – 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiff seeks $5,000⁰⁰ credit to canteen foods in damages, pain and suffering and neglect. 5 total icares (my choice); unlimited supply of apple juice served breakfast, lunch & dinner. court date: october 29, 2019 changed to November 25, 2020.

[OR]

$2,000⁰⁰ credit to canteen foods in damages, pain and suffering, and neglect. 5 total icares (my choice), unlimited supply of apple juice served breakfast, lunch & dinner, court date: october 29, 2019 changed to December 19, 2020.

[OR]

$1,050⁰⁰ credit to canteen foods in damages, pain and suffering and neglect. 5 total icares (my choice), unlimited supply of apple juice served breakfast, lunch & dinner, court date: october 29, 2019 changed to January 10, 2021

[more info on back]

OR

$400⁰⁰ credit to canteen foods in damages, pain and suffering and neglect. unlimited supply of apple juice served breakfast, lunch and dinner. 1 icare (my choice). 2 vegetarian trays served lunch and dinner. my immediate court date changed to september 28, 2020.

OR

$200⁰⁰ credit to canteen foods in damages, pain and suffering and neglect. 2 vegetarian trays served lunch and dinner. immediate court date changed to november 15, 2020.

OR

my immediate court date changed to november 20, 2020.

OR

$1,100⁰⁰ credit to canteen foods in damages, pain and suffering and neglect. unlimited supply of apple juice served breakfast, lunch and dinner. court date: october 29, 2019 changed to one of these two dates october 29, 2020 or december 10, 2020

OR

$800⁰⁰ credit to canteen foods in damages, pain and suffering and neglect. $200⁰⁰ worth of icares (my choice). unlimited supply of apple juice served breakfast, lunch and dinner. 2 vegetarian trays served lunch and dinner. my next immediate court date changed to december 10, 2020.

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___23___ day of ___September___ 20 _19_.

Respectfully Submitted,

_____
Signature of Plaintiff

_2019006974_____
Plaintiff's Prisoner ID Number

_949 n. 9th St._____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5